# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

**\*\*\***

| | |
|---|---|
| NATALIE NELSON, *et al.*, | |
| Plaintiffs, | 2:13-cv-00050-GMN-VCF |
| vs. | **ORDER** |
| MICHAEL WILLDEN, *et al.,* | |
| Defendants. | |

Before the court is Las Vegas Metropolitan Police Department, Officer Cheryl Kegley's, and Officer Teresa Tavarez's Emergency Motion to Quash and for Protective Order (#99).

Pursuant to Fed. R. Civ. P. 5.2 (a), [u]nless the court orders otherwise, in an electronic or paper filing with the court that contains the name of an individual known to be a minor, a party or nonparty making the filing may include only the minor's initials. Here, the affidavit of Jamie A. Frost, Esq. states the full name of a minor.

Accordingly,

IT IS HEREBY ORDERED that the court clerk seal the Las Vegas Metropolitan Police Department, Officer Cheryl Kegley's, and Officer Teresa Tavarez's Emergency Motion to Quash and for Protective Order (#99).

IT IS FURTHER ORDERED that LVMPD must file a redacted Motion to Quash and for Protective Order. Any opposition to the Motion to Quash and for Protective Order must be filed by March 27, 2015. No reply necessary.

1    IT IS FURTHER ORDERED that a hearing on Las Vegas Metropolitan Police Department, Officer Cheryl Kegley's, and Officer Teresa Tavarez's Emergency Motion to Quash and for Protective Order (#99) is scheduled for 3:00 p.m., April 2, 2015, in courtroom 3D.

DATED this 20th day of March, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE