**PETER S. CHRISTIANSEN, ESQ.**
Nevada Bar No. 5254
**CHRISTIANSEN LAW OFFICES**
400 S. Fourth Street, Suite 300
Las Vegas, NV 89101
Telephone 702.240.7979
Facsimile 702.240.3939
*Attorneys for Natalie Nelson as legal guardian of minor child Alexander L.*
and
**MARC A. SAGGESE, ESQ.**
Nevada Bar No. 7166
**SAGGESE & ASSOCIATES, LTD.**
732 S. Sixth Street, Suite 201
Las Vegas, Nevada 89101
Telephone 702.778.8883
Facsimile 702.778.8884
Marc@MaxLawNV.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATALIE NELSON, individually and as natural mother and legal guardian of minor child ALEXANDER L.; RICHARD E. NELSON, maternal grandfather of ALEXANDER L.; CATHERINE R. NELSON, maternal grandmother of ALEXANDER L.;<br><br>Plaintiffs;<br><br>vs.<br><br>MICHAEL WILLDEN, Director of the Nevada Department of Health and Human Services; AMBER HOWELL, Administrator of the Nevada Division of Child and Family Services; DONALD BURNETTE, Clark County Manager; CLARK COUNTY; LISA RUIZ-LEE, Director of Clark County Department of Family Services; DOES I-X, inclusive; DOES XI-XX, inclusive;<br><br>Defendants. | CASE NO.: 2:13-cv-50-GMN-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO PLAINTIFFS RICHARD E. NELSON and CATHERINE R. NELSON** |

1

It is stipulated by and between Plaintiffs, NATALIE NELSON, individually and as natural mother and legal guardian of minor child Alexander L., RICHARD E. NELSON, maternal grandfather of Alexander L.; CATHERINE R. NELSON, maternal grandmother of Alexander L.; Defendant, MICHAEL WILLDEN, Director of the Nevada Department of Health and Human Services; Defendant, AMBER HOWELL, Administrator of the Nevada Division of Child and Family Services; Defendant, DONALD BURNETTE, Clark County Manager; Defendant, CLARK COUNTY; and Defendant, LISA RUIZ-LEE, Director of Clark County Department of Family Services, through their respective counsel, that the complaint in the above captioned matter be dismissed with prejudice as to Plaintiffs RICHARD E. NELSON and CATHERINE R. NELSON only.

Each party will bear their own attorney's fees and costs.

DATED this 3 day of June, 2015.

/s/ Marc A. Saggese
**MARC A. SAGGESE, ESQ.**
Nevada Bar No. 7166
**SAGGESE & ASSOCIATES, LTD.**
732 S. Sixth Street, Suite 201
Las Vegas, Nevada 89101
Telephone 702.778.8883
Facsimile 702.778.8884
Marc@MaxLawNV.com
*Attorney for Plaintiffs*

DATED this 3rd day of June, 2015.

/s/
**PETER S. CHRISTIANSEN, ESQ.**
Nevada Bar No. 5254
**CHRISTIANSEN LAW OFFICES**
400 S. Fourth Street, Suite 300
Las Vegas, NV 89101
Telephone 702.240.7979
Facsimile 702.240.3939
Pete@christiansenlaw.com
*Attorneys for Natalie Nelson as legal guardian of minor child Alexander L.*

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED: 06/05/2015**

Natalie Nelson v. Michael Willden, et al.
Stipulation and Order for Dismissal with Prejudice
as to Plaintiffs Richard E. Nelson & Catherine R. Nelson
Case No. 2:13-cv-50-GMN-VCF

DATED this 1st day of June, 2015.

_____
**FELICIA GALATI, ESQ.**
**Olsen Cannon Gormley Angulo & Stoberski**
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
Telephone 702.384.4012
wcannon@ocgas.com
fgalati@ocgas.com
*Attorneys for Defendants Donald Burnette,*
*Clark County & Lisa Ruiz-Lee*

DATED this 1st day of June, 2015.

_____
**SHANNON C. RICHARDS, ESQ.**
**Attorney General**
555 E. Washington Ave., Suite 3900
Las Vegas, NV 89101
Telephone 702.486.3127
srichards@ag.nv.gov
*Attorneys for Defendants Michael Willden*
*& Amber Howell*

3