WALTER R. CANNON, ESQ.
Nevada Bar No.1505
FELICIA GALATI, ESQ.
Nevada Bar No. 7341
OLSON, CANNON, GORMLEY,
ANGULO & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
wcannon@ocgas.com
fgalati@ocgas.com
Telephone: (702) 384-4012
Facsimile: (702) 383-0701
Attorneys for Defendants DONALD BURNETTE,
LISA RUIZ-LEE, and CLARK COUNTY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATALIE NELSON, individually and as natural mother and legal guardian of minor child ALEXANDER L.; RICHARD E. NELSON, maternal grandfather of ALEXANDER L.; CATHERINE R. NELSON, maternal grandmother of ALEXANDER L.,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL WILLDEN, Director of the Nevada Department of Health and Human Services; AMBER HOWELL, Administrator of the Nevada Division of Child and Family Services; DONALD BURNETTE, Clark County Manager; CLARK COUNTY; LISA RUIZ-LEE, Director of Clark County Department of Family Services, DOES I-X, inclusive; DOES XI-XX, inclusive,<br><br>Defendants. | CASE NO. 2:13-cv-00050-GMN-VCF<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY**<br>**(SECOND REQUEST)** |

| | |
|---|---|
| CLARK COUNTY, a political subdivision of the State of Nevada, | |
| | Third-Party Plaintiff, |
| v. | |
| KASONDRA MARTINSEN, an individual; OSBALDO SANCHEZ, an individual; MOES 1-10, inclusive; and MOE CORPORATIONS 1-10, inclusive, | |
| | Third-Party Defendants. |

### STIPULATION AND ORDER TO STAY DISCOVERY
### (SECOND REQUEST)

COME NOW, Plaintiff NATALIE NELSON, by and through her attorneys of record, PETER S. CHRISTIANSEN, ESQ. and R. TODD TERRY, ESQ. of the CHRISTIANSEN LAW OFFICES,; Defendants DONALD BURNETTE, LISA RUIZ-LEE and CLARK COUNTY, by and through their attorneys WALTER R. CANNON, ESQ., and FELICIA GALATI, ESQ., of the law firm of OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI; and Defendants MICHAEL WILLDEN and AMBER HOWELL, by and through their attorneys ADAM PAUL LAXALT, ESQ., Attorney General and SHANNON C. RICHARDS, ESQ., Deputy Attorney General, and stipulate to stay discovery in this case for the following reasons and on the following terms. On June 8, 2015, an Order (#127) was entered dismissing Plaintiffs RICHARD E. NELSON and CATHERINE R. NELSON's complaint with prejudice. The present discovery cut-off date is July 13, 2013, as set forth in the Stipulated Scheduling Order and Discovery Plan (#95) filed March 4, 2015.

This is an action brought under 42 USC § 1983, 42 USC 671 and also alleges state civil rights, negligence, negligent supervision and training, negligent infliction of emotional distress, vicarious liability and civil conspiracy claims against Defendants.

The parties have undertaken substantial discovery in this case. The parties have exchanged multiple sets of written discovery and responded thereto. Plaintiffs have made their initial and fourteen (14) supplemental disclosures thereto. Defendants Donald Burnette, Lisa Ruiz-Lee, and Clark County have made their initial and thirty-one (31) supplemental disclosures thereto. Defendants Michael Willden and Amber Howell have made their initial and six (6) supplemental disclosures thereto. Aside from what is indicated above, the parties anticipate that some deposition, written discovery and expert depositions are what remains to be done in this case.

On June 8, 2015, the parties participated in an all-day mediation at JAMS with Mediator Lawrence R. Leavitt. Although the case has not settled, the parties have agreed to stay discovery for thirty (30) days to continue settlement discussions in an effort to resolve this complicated matter. In the event this case does not settle, the parties will submit a discovery plan to complete the written discovery, depositions and expert depositions and make their rebuttal expert disclosures in this case.

Based upon the foregoing, the parties have stipulated to the following:

1. That discovery be stayed in this case for thirty (30) days to allow the parties to continue their settlement discussions, including with the assistance of Mediator Leavitt.

2. That at the end of that time period, if the case does not settle, the parties will submit a discovery plan to this Court to complete the remaining discovery.

3. The parties have entered into this Stipulation consistent with Fed.R.Civ.P. 1 – to secure the just, speedy and inexpensive determination of this action. The parties believe that staying discovery to allow the parties to fully explore settlement in this case and avoid additional discovery-related fees and costs would benefit all parties and avoid wasting financial resources that could otherwise be put to better use. In addition, if the continued settlement discussions are successful, they will be dispositive of this entire case. This Court has broad discretion to stay discovery pursuant to Fed.R.Civ.P. 26(c). See <u>Landis v. N. Am. Co.</u>, 299 U.S. 248, 254 (1936) ("the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, counsel, and for litigants") ; <u>Little v. City of Seattle</u>, 863 F.2d 681, 685 (9th Cir. 1988) ("The district court has wide discretion in controlling discovery.") No trial date has yet been ordered.

This Stipulation is entered into this 9th day of June, 2015.

| **OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI** | **CHRISTIANSEN LAW OFFICES** |
|---|---|
| /s/Felicia Galati<br>By:_____<br>WALTER R. CANNON, ESQ.<br>Nevada Bar No.1505<br>FELICIA GALATI, ESQ.<br>Nevada Bar No. 7341<br>9950 West Cheyenne Avenue<br>Las Vegas, Nevada 89129<br>Attorneys for Defendants<br>DONALD BURNETTE, LISA RUIZ-LEE, and COUNTY OF CLARK | /s/R. Todd Terry<br>By:_____<br>PETER S. CHRISTIANSEN, ESQ.<br>Nevada Bar No. 5254<br>R. TODD TERRY, ESQ.<br>Nevada Bar No. 6519<br>KENDELEE L. WORKS, ESQ.<br>Nevada Bar No. 9611<br>810 S. Casino Center Blvd., Suite 104<br>Las Vegas, Nevada 89101<br>Attorneys for Plaintiff Natalie Nelson |

ADAM PAUL LAXALT
Attorney General

By: */s/Shannon C. Richards*
   SHANNON C. RICHARDS, ESQ.
   Nevada Bar No. 009660
   555 E. Washington Avenue, Suite 3900
   Las Vegas, Nevada 89101
   Attorneys for Defendants Michael
   Willden and Amber Howell

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

Dated: June 18, 2015_____