# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

NATALIE NELSON, individually and as natural mother and legal guardian of minor child ALEXANDER L.; RICHARD E. NELSON, maternal grandfather of ALEXANDER L.; CATHERINE R. NELSON, maternal grandmother of ALEXANDER L.,

   Plaintiffs,

vs.

MICHAEL WILLDEN, Director of the Nevada Department of Health and Human Services; AMBER HOWELL, Administrator of the Nevada Division of Child and Family Services; DONALD BURNETTE, Clark County Manager; CLARK COUNTY; LISA RUIZ-LEE, Director of Clark County Department of Family Services; DOES I-X, inclusive; DOES XI-XX, inclusive,

   Defendants.

Case No.: 2:13-cv-00050-GMN-VCF

**ORDER**

Pending before the Court are Plaintiff Natalie Nelson's ("Plaintiff") three Motions for Summary Judgment. (ECF Nos. 122–24). Plaintiff has filed three separate Motions, when it should have filed a single motion setting forth all of its arguments regarding summary judgment. *See Sherwin v. Infinity Auto Ins. Co.*, No. 2:11-CV-00043-MMD, 2012 WL 5378150, at *1 (D. Nev. Oct. 30, 2012).

Local Rule 7-4 provides, "[P]oints and authorities in support of, or in response to, motions shall be limited to thirty (30) pages including the motion but excluding exhibits." D. Nev. R. 7-4. In an apparent attempt to work around Local Rule 7-4, Plaintiff's instant Motions total 52 pages, excluding attached exhibits and supporting affidavits. Therefore, the Court will

1  deny the instant Motions without prejudice. *See Sherwin*, 2012 WL 5378150, at *1.  The Court
2  admonishes Plaintiff that it will not consider motions that fail to adhere to the requirements of
3  Local Rule 7-4.
4      Accordingly,
5      **IT IS HEREBY ORDERED** that Plaintiff's Motions for Summary Judgment, (ECF
6  Nos. 122–24), are **DENIED without prejudice**.
7      **IT IS FURTHER ORDERED** that the Stipulation and Order Regarding Plaintiff's
8  Motions for Summary Judgment, (ECF No. 131), is **DENIED as moot**.
9      Dated this 26th day of June, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court