**PETER S. CHRISTIANSEN, ESQ.**
Nevada Bar No. 5254
pete@christiansenlaw.com
**R. TODD TERRY, ESQ.**
Nevada Bar No. 6519
tterry@christiansenlaw.com
**WHITNEY J. BARRETT, ESQ.**
Nevada Bar No. 13662
wbarrett@christiansenlaw.com
**CHRISTIANSEN LAW OFFICES**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Telephone:     (702) 240-7979
Facsimile:     (866) 412-6992
*Attorneys for Natalie Nelson as legal guardian*
*of minor child Alexander L.*

CHRISTIANSEN LAW OFFICES
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
702-240-7979 • Fax 866-412-6992

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

NATALIE NELSON, individually and as natural mother and legal guardian of minor child A.L.,

Plaintiffs,

vs.

MICHAEL WILLDEN, Director of the Nevada Department of Health and Human Services; AMBER HOWELL, Administrator of the Nevada Division of Child and Family Services; DONALD BURNETTE, Clark County Manager; CLARK COUNTY; LISA RUIZ-LEE, Director of Clark County Department of Family Services; DOES I-X, inclusive; DOES XI-XX, inclusive;

Defendants.

Case No.: 2:13-CV-00050-GMN-VCF

**STIPULATION AND ORDER TO EXTEND TIME TO FILE PLAINTIFF'S RESPONSE TO COUNTERMOTION FOR SUMMARY JUDGMENT [ECF NO. 141]**

**[First Request]**

        Whereas, Plaintiff filed a Renewed Motion for Partial Summary Judgment Regarding Various Claims Against Defendant Clark County [ECF No. 136] on September 8, 2015;

        Whereas, the County Defendants filed an Opposition and Countermotion Regarding the Claims Addressed in Plaintiff's Motion [ECF No. 140/141] on October 2, 2015;

        Whereas, the current deadline for Plaintiff to file a Response to the County Defendants' Countermotion is October 26, 2015; and

        Whereas the parties are currently scheduled to mediate this matter on October 29, 2015;

1    IT IS HEREBY AGREED AND STIPULATED by and between Plaintiff NATALIE

2  NELSON as legal guardian of minor child A.L., by and through her attorneys of record, PETER

3  S. CHRISTIANSEN, ESQ., R. TODD TERRY, ESQ. and WHITNEY J. BARRET, ESQ. of

4  CHRISTIANSEN LAW OFFICES; and Defendants DONALD BURNETTE, LISA RUIZ-LEE,

5  and CLARK COUNTY, by and through their attorneys D. LEE ROBERTS, ESQ. and MARISA

6  RODRIGUEZ-SHAPOVAL, ESQ. of the law firm of WEINBERG, WHEELER, HUDGINS,

7  GUNN & DIAL, LLC, that the time for Plaintiff to file a Response to County Defendants'

8  Countermotion be extended for a period of ten (10) days from October 26, 2015, making

9  Plaintiff's Response due on or before November 5, 2015.

10    IT IS FURTHER AGREED AND STIPULATED by and between the parties that

11  County Defendants' Reply in Support of their Countermotion will be due two weeks following

12  Plaintiff's Response, on or before November 19, 2015.

13  **APPROVED AS TO FORM AND CONTENT:**

14  Dated: October 26, 2015                          Dated: October 26, 2015
    **WEINBERG, WHEELER, HUDGINS,**     **CHRISTIANSEN LAW OFFICES**
15  **GUNN & DIAL, LLC**

16
    */s/ D. Lee Roberts*                              */s/ R. Todd Terry*
17  _____     _____

18  **WALTER R. CANNON, ESQ.**                 **PETER S. CHRISTIANSEN, ESQ.**
    Nevada Bar No.: l505                               Nevada Bar No. 5254
19  **FELICIA GALATI, ESQ.**                       **R. TODD TERRY, ESQ.**
    Nevada Bar No.: 7341                              Nevada Bar No. 6519
20  9950 West Cheyenne Avenue              **WHITNEY J. BARRETT, ESQ.**
    Las Vegas, Nevada 89129                      Nevada Bar No. 13662
21  *Attorneys for Defendants DONALD*        810 S. Casino Center Blvd., Suite 104
22  *BURNETTE, LISA RUIZLEE,*                  Las Vegas, NV 89101
    *and COUNTY OF CLARK*                      *Attorneys for Plaintiff*
23

24                                **ORDER**

25    Good Cause appearing therefore, IT IS SO ORDERED.

26    DATED this ____ day of _____, 2015.

27                                                _____

28                                                **UNITED STATES DISTRICT JUDGE**

CHRISTIANSEN LAW OFFICES
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
702-240-7979 • Fax 866-412-6992