


D. Lee Roberts, Jr., Esq.
Nevada Bar No. 8877
lroberts@wwhgd.com
Marisa Rodriguez-Shapoval, Esq.
Nevada Bar No. 13234
mrodriguez-Shapoval@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
   GUNN & DIAL, LLC.
6385 S. Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864

Walter R. Cannon, Esq.
Nevada Bar No. 1505
wcannon@ocgas.com
Felicia Galati, Esq.
Nevada Bar No. 7341
fgalati@ocgas.com
OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI
9950 W. Cheyenne Ave.
Las Vegas, NV 89129
Telephone: (702) 384-4012
Facsimile: (702) 383-0701

*Attorneys for Defendants, DONALD BURNETTE, LISA RUIZ-LEE, and CLARK COUNTY*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATALIE NELSON, individually and as natural mother and legal guardian of minor child ALEXANDER L.; RICHARD E. NELSON, maternal grandfather of ALEXANDER L.; CATHERINE R. NELSON, maternal grandmother of ALEXANDER l., <br><br>Plaintiffs, <br><br>v. <br><br>MICHAEL WILLDEN, Director of the Nevada Department of Health and Human Services; AMBER HOWELL, Administrator of the Nevada Division of Child and Family Services; DONALD BURNETTE, Clark County Manager; CLARK COUNTY; LISA RUIZ-LEE, Director of Clark County Department of Family Services; does i-x, INCLUSIVE; does xi-xx, INCLUSIVE; <br><br>Defendants. | Case No.:   2:13-cv-50-GMN-VCF <br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

*Natalie Nelson, et al. v. Willden, et al.*
Case No.: 2:13-cv-50-GMN-VCF
Stipulation and Order for Dismissal With Prejudice

CLARK COUNTY, a political subdivision of the State of Nevada,

    Third-Party Plaintiffs,

v.

KASONDRA MARTINSEN, an individual; OSBALDO SANCHEZ, an individual; MOES 1-10, inclusive; and MOE CORPORATIONS 1-10, inclusive,

    Third-Party Defendants.

Plaintiffs **NATALIE NELSON**, individually and as natural mother and legal guardian of minor child **ALEXANDER L.** ("Plaintiffs") and Defendants **DONALD BURNETTE**, Clark County Manager; **CLARK COUNTY**; and **LISA RUIZ-LEE**, Director of Clark County Department of Family Services ("Defendants"), by and through their respective counsel of record, hereby stipulate, pursuant to FRCP 41(a)(1)(A)(ii), that the above-captioned action, and any and all claims asserted by Plaintiffs against Defendants in said captioned action, are hereby **DISMISSED WITH PREJUDICE**.

All parties are to bear their own costs, fees and expenses hereto.

SO STIPULATED:

DATED this 29th day of April, 2016

    DATED this 12th day of April, 2016

_____
D. Lee Roberts, Jr., Esq.
Marisa Rodriguez-Shapoval, Esq.
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118

Walter R. Cannon, Esq.
Felicia Galati, Esq.
Olson, Cannon, Gormley, Angulo & Stoberski
9950 W. Cheyenne Ave.
Las Vegas, NV 89129

*Attorneys for Defendants Donald Burnette, Lisa Ruiz-Lee and County of Clark*

_____
Peter S. Christiansen, Esq.
R. Todd Terry, Esq.
Kendelee L. Works, Esq.
CHRISTIANSEN LAW OFFICES
810 S. Casino Center Blvd
Suite 104
Las Vegas, NV 89101

*Attorney for Plaintiffs Natalie Nelson and Alexander L.*

Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
(702) 938-3838

*Natalie Nelson, et al. v. Willden, et al.*
Case No.: 2:13-cv-50-GMN-VCF
Stipulation and Order for Dismissal With Prejudice

### ORDER

Pursuant to the Stipulation of Dismissal of the parties hereto, the above captioned action and any and all claims asserted by Plaintiffs **NATALIE NELSON**, individually and as natural mother and legal guardian of minor child **ALEXANDER L.** against Defendants **DONALD BURNETTE**, Clark County Manager; **CLARK COUNTY**; and **LISA RUIZ-LEE**, Director of Clark County Department of Family Services, in said captioned action are hereby **DISMISSED WITH PREJUDICE**. All parties are to bear their own costs, fees and expenses hereto as they relate to these claims.

**IT IS SO ORDERED.**
**IT IS FURTHER ORDRED** that Plaintiff Natalie Nelson's Motion for Partial Summary Judgment (ECF No. 136) and Defendants Donald G. Burnette, Clark County, Nevada, and Lisa Ruiz-Lee's Counter Motion for Partial Summary Judgment (ECF No. 141) are **DENIED as moot**.

**DATED** this __9__ day of May, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court